**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Delaware

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | CLI Clifton LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 84-3332795 |

**4.** **Debtor's address**

**Principal place of business**

850 New Burton Road
Suite 201
Dover, DE 19904
Number, Street, City, State & ZIP Code

Kent
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **CLI Clifton LLC**                                              Case number (*if known*) _____
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| Debtor | CLI Clifton LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No   See Attachment
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | | | | | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   CLI Clifton LLC                                          Case number (if known) _____
_____
Name

**16.   Estimated liabilities**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ☒ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 31, 2024
              MM / DD / YYYY

X _____                    Luca Bovone
   Signature of authorized representative of debtor    Printed name

Title   Director

**18. Signature of attorney**

X /s/ Daniel K. Astin                             Date   May 31, 2024
   Signature of attorney for debtor                      MM / DD / YYYY

Daniel K. Astin
Printed name

Ciardi Ciardi and Astin
Firm name

1204 N. King Street
Wilmington, DE   19801
Number, Street, City, State & ZIP Code

Contact phone   302-658-1100      Email address   dastin@ciardilaw.com

4068 DE
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

10.   Are any bankruptcy cases pending or being
      filed by a business partner or an affiliate
      of the debtor?

| | | |
|---|---|---|
| Common Living Inc. | 12 East 49th St Suite 08-125 New York, NY 10017 | FEIN 47-3687483 |
| CLI Cypress LLC | 850 New Burton Road Suite 201, Dover, DE 19904 | FEIN 84-3343578 |
| Common TRS Inc. | 850 New Burton Road, Suite 201, Dover, DE 19904 | FEIN 85-1178014 |
| Common Kin LLC | 850 New Burton Road, Suite 201, Dover, DE 19904 | FEIN 47-3687483 |
| Mily Families Inc. | 12 East 49th St Suite 08-125 New York, NY 10017 | FEIN 84-4877190 |
| CLI Elmwood LLC | 850 New Burton Road, Suite 201, Dover, DE 19904 | FEIN 84-3438150 |
| Common Management Co. | 12 East 49th St Suite 08-125 New York, NY 10017 | FEIN 82-1178014 |
| CLI Clifton LLC | 850, Suite 201, New Burton Road, Dover, DE 19904 | FEIN 84-3332795 |

**CLI CLIFTON LLC**

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MANAGER OF CLI CLIFTON, LLC**

CONSENT DATED THE 31st DAY OF MAY 2024

Pursuant to the Delaware Limited Liability Company Act (6 Del. C. § 18-101), the undersigned (the "Manager"), constituting the Manager of CLI Clifton, LLC, a Delaware limited liability company (the "Company"), hereby consents to the following actions, to the same extent as if adopted by a vote at a formal meeting of the members of the Company, waive any notice required in connection therewith, and direct that this Written Consent of the Members in Lieu of Meeting (this "Consent") be placed with the records of the meetings of the Company.

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business, and the financial and operational aspects the Company's business; and

WHEREAS, the Manager has reviewed the historical performance, assets and liabilities of the Company; and

WHEREAS, the Manager approves and intends for the Company to file a voluntary petition under the provisions of chapter 7 (the "Bankruptcy Proceedings") of title 11 of the United States Code (the "Bankruptcy Code");

behalf of the Company, to take or cause to be taken any and all such other and further action, and

4. The Members are directed, authorized and empowered, in the name of, and on

bankruptcy liquidations and reorganizations, and bankruptcy liquidations and reorganizations.

Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in workouts, non-

3. The Members are directed, authorized and empowered to employ on behalf of the

the Company is adequately prepared prior to such filings.

action which it deems necessary or proper to obtain such relief, if, in the judgment of the Company,

all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all

Manager, are directed, authorized and empowered to execute and file on behalf of the Company

2. The members of the Company (collectively, the "Members"), including the

7 of the Bankruptcy Code.

interested parties, that a voluntary petition be filed by the Company under the provisions of chapter

1. It is desirable and in the best interests of the Company, its creditors, and other

NOW, THEREFORE, IT IS HEREBY RESOLVED:

be implemented during the course of the Bankruptcy Proceedings.

recommendations of professionals and advisors to the Company as to the proposed liquidation to

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and the Members of the Company which relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent and be deemed an original. Facsimile transmissions of the signature provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of May 31, 2024.

IN WITNESS WHEREOF, the undersigned in his/her capacity as a Manager has executed this written consent as of the day first written above.

5

[Signature lines on next page – space intentionally left blank]

CLI CLIFTON, LLC

*Luca Bovone*

_____

By Luca Bovone

Its: Director